THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lamont Wesley Cutner,       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2005-UP-070
Submitted January 1, 2005  Filed January 
 26, 2005

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Office of the Attorney General, all of Columbia; and Solicitor Robert M. Ariail, 
 of Greenville, for Respondent.
 
 
 

PER CURIAM: In June 2003, Lamont Cutner 
 was tried and found guilty of armed robbery.  He was sentenced to life imprisonment 
 without parole.  On appeal, counsel for Cutner has filed a brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967), asserting that there are no 
 meritorious grounds for appeal and requesting permission to withdraw from further 
 representation.  Cutner has not filed a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
 
ANDERSON, STILWELL, and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.